IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>TERRY SAUNTRY, et al.,<br><br>      Defendants.<br>_____/ | No. 2:03-cv-1905-MCE-DAD<br><br><br><br>ORDER |

    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

    On January 19, 2006, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any Objections to the Findings and Recommendations were to be filed within ten (10) days. No Objections to the Findings and Recommendations have been filed.

///

///

1

1    The Court has reviewed the file and finds the Findings and
2 Recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5    1.  The Findings and Recommendations filed January 19, 2006,
6 are adopted in full;
7    2.  Plaintiff's Motion for Default Judgment (Doc. nos. 63 &
8 68) is granted in part and denied in part;
9    3.  Default Judgment is entered against Defendant Sauntry on
10 DirecTV's claims pursuant to 18 U.S.C. § 2511(1)(a) and 47 U.S.C.
11 § 605(a);
12    4.  Default Judgment is entered against Defendant Cardona on
13 DirecTV's claims pursuant to 18 U.S.C. § 2511(1)(a) and 47 U.S.C.
14 § 605(a), but not on the claim pursuant to 47 U.S.C. § 605(e)(4);
15    5.  No damages are awarded for Defendants' violations of 18
16 U.S.C. § 2511(1)(a) but $1,000 in damages is awarded as to each
17 Defendant for the violation of 47 U.S.C. § 605(a); and
18    6.  Plaintiff's reasonable attorneys' fees and costs is
19 awarded in the amount of $2,436.90 as to Defendant Sauntry and
20 $2,731.60 as to Defendant Cardona.
21 DATED: February 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2